## BAWCUM v. STATE.
### No. 24518.

Court of Criminal Appeals of Texas.
Nov. 30, 1949.

No appearence for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is unlawful possession of narcotic drugs, to-wit: codeine, dilaudid,

and pantopon. The punishment assessed is confinement in the state penitentiary for a term of two years.

The record is before us without any bills of exceptions, objections to the court's charge and without a statement of facts. The indictment appears to be in due and legal form. Therefore, nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.